UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SOCORRO KEENAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LETICIA ACOSTA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:20-cv-02059-KJD-EJY<br><br>**ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　Before the Court for consideration is the Report and Recommendation (ECF #8) containing the findings and recommendations of Magistrate Judge Elayna J. Youchah entered December 29, 2020, recommending that Plaintiff's 42 U.S.C. §§ 1985 and 1989 claims be dismissed with prejudice. Plaintiff did not object to the Report and Recommendation.

　　　The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2 and determines that the Report and Recommendation (ECF #8) of Magistrate Judge Youchah entered December 29, 2020, should be **ADOPTED** and **AFFIRMED**.

　　　IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF #8) is **ADOPTED** and **AFFIRMED**.

　　　IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation (ECF #4) is **DENIED** as moot.

Dated this 26th day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge